UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAMALES PHOTOGRAPHY LLC,

                      Plaintiff,                      **24 Civ. No. 6244 (DLC)**

     -against-                                    **PRE-SETTLEMENT
                                                                             CONFERENCE ORDER**

GRAILED, INC.,

                      Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, December 17, 2024 at 12:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 371 548 50#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference to occur in January 2025 (please exclude January 6, 7, 10, and 13–17 from discussion)**.**

       **SO ORDERED.**

DATED:    New York, New York
                 December 10, 2024

                                                                 _____
                                                                 The Honorable Gary Stein
                                                                 United States Magistrate Judge